# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JOANNE THORNTON, ON BEHALF OF HERSELF AND OTHERS SIMILIARLY SITUATED, | : | No. 229 EAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CITY OF PHILADELPHIA, AND SHERIFF | : | |
| JEWELL WILLIAMS AND PHILADELPHIA | : | |
| SHERIFF'S OFFICE | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**. Petitioner's "Motion for Leave to File a Reply to Respondents' Answer to the Case's Petition for Allowance of Appeal" is **GRANTED**.